[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-13129
Non-Argument Calendar

_____

D.C. Docket Nos. 1:16-cv-22605-UU,
1:11-cr-20700-UU-1

GERARD MANN,

Petitioner-Appellee,

versus

UNITED STATES OF AMERICA,

Respondent-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(August 30, 2019)

**ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES**

Before WILLIAM PRYOR, MARTIN, and ANDERSON, Circuit Judges.

PER CURIAM:

The Supreme Court granted Gerard Mann's petition for writ of certiorari,

vacated our October 26, 2018 opinion, and remanded Mann's case for further

consideration in light of <u>United States v. Davis</u>, 588 U.S. ___, 139 S. Ct. 2319, 2324, 2326 (2019).  We **VACATE** and **REMAND** the district court's decision with instructions to allow Mann to amend his 28 U.S.C. § 2255 motion to assert a claim based on the new, retroactive rule announced in <u>Davis</u>.  <u>See</u> Fed. R. Civ. P. 15; Rules Governing § 2254 Cases, R. 12 (stating that the Federal Rules of Civil Procedure may be applied to the extent they are not inconsistent with any statutory provisions or the rules therein); <u>see also</u> <u>In re Hammoud</u>, ___ F.3d ___, 2019 WL 3296800, at *3 (11th Cir. July 23, 2019) (holding that <u>Davis</u> announced a new rule of constitutional law retroactively applicable to cases on collateral review by the Supreme Court).